# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ROGER A. PARKER | ) | Case No. 13-10897 EEB |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| ROGER A. PARKER | ) | Adversary No. N/A |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| DELTA PETROLEUM GENERAL | ) | |
| RECOVERY TRUST, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on 10/11/2013 and the relevant responses and replies thereto, if any. Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference and any relevant documents to the U.S. District Court for further action.

Dated: November 4, 2013                BY THE COURT:

*Elizabeth E. Brown*

Elizabeth E. Brown
United States Bankruptcy Court Judge