IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

In RE:

ROGER A. PARKER,

    Debtor,

ROGER A. PARKER,

    Appellant,

v.

DELTA PETROLEUM GENERAL RECOVERY TRUST,

    Respondent.

## ORDER DISMISSING, WITHOUT PREJUDICE, PLAINTIFF'S MOTION TO WITHDRAW REFERENCE

THIS MATTER comes before the Court on the Plaintiff's Motion to Dismiss, without prejudice, Plaintiff's Motion to Withdraw Reference with respect to the Ajudication of Claim No. 3 of Delta Petroleum General Recovery Trust (Motion) **(#9)**.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is GRANTED.  The Motion to Withdraw Reference is GRANTED and the Motion is hereby dismissed without prejudice.  The Clerk shall close this case.

DATED this 22nd day of January, 2014.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Court